# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                                         Chapter 13

WILLIAM D JERNIGAN                    Bankruptcy No. 20-12200-AMC

5748 DUNLAP STREET

PHILADELPHIA, PA 19131

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    WILLIAM D JERNIGAN

    5748 DUNLAP STREET

    PHILADELPHIA, PA 19131

**Counsel for debtor(s), by electronic notice only.**
    HENRY ALAN JEFFERSON
    JEFFERSON LAW LLC
    1700 MARKET ST., STE 1005
    PHILADELPHIA, PA 19103-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

Date: 11/12/2020                                                                                          /s/ William C. Miller

                                                                                  _____
                                                                                  William C. Miller, Esquire
                                                                                  Chapter 13 Standing Trustee