United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12200-amc |
| William D Jernigan | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 10, 2020 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William D Jernigan, 5748 Dunlap Street, Philadelphia, PA 19131-3412 |
| cr | | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 11 2020 05:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 11 2020 05:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 11 2020 05:11:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2020          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Dec 10, 2020 | Form ID: pdf900 | Total Noticed: 5 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| HENRY ALAN JEFFERSON | on behalf of Debtor William D Jernigan hjefferson@hjeffersonlawfirm.com hjeffersonone@gmail.com;r60499@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor The Bank Of New York Mellon et.al. paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor The Bank Of New York Mellon et.al. mario.hanyon@brockandscott.com, wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank Of New York Mellon et.al. bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor The Bank Of New York Mellon et.al. paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re:   William D. Jernigan, | : | Chapter 13 | |
| | : | | |
| Debtor(s) | : | Case No.  20-12200-amc | |

**ORDER**

**AND NOW,** upon consideration of the Application for Compensation filed by the Debtor's counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

**It is hereby ORDERED that:**

1. The Application is **GRANTED**.

2. Total compensation in the amount of **$4,300.00** and reimbursement of expenses in the amount of **$39.25** are **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in ¶2 above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), less **$1,000.00**, which has been previously paid by the Debtor, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Date: _____

**Date: December 10, 2020**

_____
**HON. ASHELY M. CHAN**
BANKRUPTCY JUDGE