# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   William D. Jernigan,                :      Chapter   13
                                             :
         Debtor(s)                           :      Case No.   20-12200-amc
                                             :

## ORDER

**AND NOW**, this _____ day of _____, 2020, upon review of Debtor(s) Motion to Modify Plan Post-Confirmation and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

Date: _____                        _____
**Date: January 5, 2021**                    **HON. ASHELY M. CHAN**
                                             **U.S. BANKRUPTCY JUDGE**