# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   William D. Jernigan, | : | Chapter   13 |
| | : | |
| Debtor(s) | : | Case No.   20-12200-amc |
| | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2022, upon review of Debtor(s) Motion to Modify Plan Post-Confirmation and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

Date: _____
**Date: June 28, 2022**

_____
**HON. ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE**