United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 20-12200-amc
William D Jernigan | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jun 29, 2022     Form ID: pdf900     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William D Jernigan, 5748 Dunlap Street, Philadelphia, PA 19131-3412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 30 2022 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 30 2022 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 30 2022 00:04:00 | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 01, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor The Bank Of New York Mellon et.al. bkgroup@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 29, 2022 | Form ID: pdf900 | Total Noticed: 4

HENRY ALAN JEFFERSON
   on behalf of Debtor William D Jernigan hjefferson@hjeffersonlawfirm.com
   hjeffersonone@gmail.com;r60499@notify.bestcase.com

JEROME B. BLANK
   on behalf of Creditor The Bank Of New York Mellon et.al. paeb@fedphe.com

KENNETH E. WEST
   ecfemails@ph13trustee.com philaecf@gmail.com

MARIO J. HANYON
   on behalf of Creditor The Bank Of New York Mellon et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
   on behalf of Creditor The Bank Of New York Mellon et.al. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

THOMAS SONG
   on behalf of Creditor The Bank Of New York Mellon et.al. tomysong0@gmail.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:   William D. Jernigan, | : | Chapter   13 |
| | : | |
| Debtor(s) | : | Case No.   20-12200-amc |
| | : | |

### ORDER

**AND NOW**, this _____ day of _____, 2022, upon review of Debtor(s) Motion to Modify Plan Post-Confirmation and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

Date: _____
**Date: June 28, 2022**

_____
**HON. ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**