**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William D. Jernigan <br> <u>Debtor</u> | Chapter 13 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, 2004-S <br> <u>Movant</u> <br> vs. | NO. 20-12200 AMC <br><br> 11 U.S.C. Section 362 |
| William D. Jernigan <br> <u>Debtor</u> | |
| and Kenneth E. West Esq. <br> <u>Trustee</u> | |

**ORDER**

AND NOW, this ____ day of _____, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on January 5, 2022, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, 2004-S and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5748 Dunlap Street Philadelphia, PA 19131.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: July 13, 2022**

_____
United States Bankruptcy Judge.