United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 20-12200-amc

William D Jernigan                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                                            Page 1 of 2

Date Rcvd: Aug 23, 2022                Form ID: pdf900                                Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William D Jernigan, 5748 Dunlap Street, Philadelphia, PA 19131-3412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 24 2022 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 23 2022 23:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 23 2022 23:59:00 | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2022                        Signature:        /s/Gustava Winters

District/off: 0313-2                     User: admin                          Page 2 of 2
Date Rcvd: Aug 23, 2022                  Form ID: pdf900                   Total Noticed: 4

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Bank Of New York Mellon  et.al. bkgroup@kmllawgroup.com |
| HENRY ALAN JEFFERSON | on behalf of Debtor William D Jernigan hjefferson@hjeffersonlawfirm.com hjeffersonone@gmail.com;r60499@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor The Bank Of New York Mellon  et.al. paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor The Bank Of New York Mellon  et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank Of New York Mellon  et.al. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor The Bank Of New York Mellon  et.al. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| William D. Jernigan <br> <u>Debtor</u> | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, 2004-S <br> <u>Movant</u> | NO. 20-12200 AMC <br><br> 11 U.S.C. Section 362 |
| vs. | |
| William D. Jernigan <br> <u>Debtor</u> | |
| Kenneth E. West, Esquire <br> <u>Trustee</u> | |

## <u>STIPULATION</u>

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.     The Order entered on July 13, 2022, document number 79, granting relief from the automatic stay is hereby VACATED, and the stay is in effect as to Debtor's residence located at 5748 Dunlap Street, Philadelphia, PA 19131.

2.     The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence located at 5748 Dunlap Street, Philadelphia, PA 19131 is **$2,921.96** which breaks down as follows:

| | |
|---|---|
| Post-Petition Payments: | December 25, 2021 at $326.10 <br> January 25, 2022 at $325.82 <br> February 25, 2022 at $325.37 <br> March 25, 2022 at $318.31 <br> April 25, 2022 at $325.38 <br> May 25, 2022 at $328.90 <br> June 25, 2022 at $331.46 <br> July 25, 2022 at $340.62 |
| Additional Fees and Costs related to Relief Motion: | $300.00 |
| **Total Post-Petition Arrears** | **$2,921.96** |

3.     The Debtor shall cure said arrearages in the following manner:

a). Within thirty (30) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of **$2,921.96.**

b). Movant shall file an Amended or Supplemental Proof of Claim to include the

post-petition arrears of **$2,921.96** along with the pre-petition arrears;

c). The new 410A form for a Proof of Claim shall not be required for this Amended

or Supplemental Proof of Claim.

4.  Beginning with the payment due August 25, 2022 and continuing thereafter, Debtor

shall pay to Movant the present regular monthly mortgage payment of $357.96 (or as adjusted

pursuant to the terms of the mortgage) on or before the twenty-fifth (25th) day of each month. All

future payments made pursuant to the terms of this Consent Order should be forwarded to the

following address until further notice:

BANK OF AMERICA, N.A.
P.O. BOX 660933
DALLAS, TX 75266

5.  Should Debtor provide sufficient proof of payments made, but not credited (front &

back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

6.  In the event the payments under Section 4 above are not tendered pursuant to the

terms of this stipulation, Movant may file a Certification of Default with the Court and the Court

shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay

provided by Bankruptcy Rule 4001(a)(3).

7.  If the case is converted to Chapter 7 and the loan is in default, Movant may file a

Certification of Default with the Court and the Court shall enter an order granting Movant relief from

the automatic stay.

8.  If the instant bankruptcy is terminated by either dismissal or discharge, this

agreement shall be null and void, and is not binding upon the parties.

9.  The provisions of this stipulation do not constitute a waiver by Movant of its right to

seek reimbursement of any amounts not included in this stipulation, including fees and costs, due

under the terms of the mortgage and applicable law.

10.   The parties agree that a facsimile signature shall be considered an original signature.

Date:   August 2, 2022                    **/s/ Rebecca A. Solarz, Esquire**
                                          Rebecca A. Solarz,, Esquire
                                          KML Law Group, PC.
                                          Attorney for Movant


Date: **August 15, 2022**
      _____             Henry Alan Jefferson, Esquire
                                        Attorney for Debtor


Date: _8/15/2022_____          /s/Jack Miller, Esquire for *          *no objection to its terms,
                                        _____          without prejudice to any
                                        Kenneth E. West, Esquire               of our rights and remedies
                                        Chapter 13 Trustee


Approved by the Court this _____ day of _____, 2022.  However, the court
retains discretion regarding entry of any further order.


Date: **August 22, 2022**

                                        _____
                                        Bankruptcy Judge
                                        Ashely M. Chan