# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 20-12200-AMC

WILLIAM D JERNIGAN

5748 DUNLAP STREET

PHILADELPHIA, PA 19131

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

WILLIAM D JERNIGAN

5748 DUNLAP STREET

PHILADELPHIA, PA 19131

Counsel for debtor(s), by electronic notice only.

    HENRY ALAN JEFFERSON, ESQ
    JEFFERSON LAW LLC
    1700 MARKET STREET, STE 1005
    PHILADELPHIA, PA 19103-

                                          /S/ Kenneth E. West

Date: 8/9/2023                          _____

                                          Kenneth E. West, Esquire
                                          Chapter 13 Standing Trustee