United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
William D Jernigan  
    Debtor

Case No. 20-12200-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 02, 2024      Form ID: pdf900      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William D Jernigan, 5748 Dunlap Street, Philadelphia, PA 19131-3412 |
| cr | | MEB LOAN TRUST VIII, PO BOX 31785, TAMPA, FL 33631-3785 |
| 14499761 | + | Bank of New York Mellon Trust Co., N.A., AS INDENTURE TRUSTEE FOR THE CWABS, REVOLVING HOME BANK OF AMERICA NA, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 14499770 | + | Phelan Hallinan, LLP, Attn: Jerome Blank, Esquire, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14561248 | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14504072 | | The Bank Of New York Mellon, c/o Mario J. Hanyon, Esquire, 1617 JKF Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, Pa 19103 |
| 14503970 | | The Bank Of New York Mellon, et.al., C/o Mario J. Hanyon, Esq, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 03 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 03 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 03 2024 00:17:00 | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 03 2024 00:17:00 | MEB Loan Trust VIII C/O Specialized Loan Servicing, 6200 S. Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| 14499762 | + | Email/Text: anthony.mancuso@bnymellon.com | Apr 03 2024 00:17:00 | BNY Mellon, Attn: Thomas P. Gibbons - CEO, 240 Greenwich Street, New York, NY 10286-0001 |
| 14499763 | | Email/Text: megan.harper@phila.gov | Apr 03 2024 00:17:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102-1595 |
| 14532356 | | Email/Text: megan.harper@phila.gov | Apr 03 2024 00:17:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14499764 | | Email/Text: cfcbackoffice@contfinco.com | Apr 03 2024 00:17:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 14499765 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 03 2024 00:25:38 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |

Case 20-12200-amc   Doc 117   Filed 04/04/24   Entered 04/05/24 00:35:21   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 02, 2024 | Form ID: pdf900 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 14499766 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 03 2024 00:25:38 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14499767 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 03 2024 00:18:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14504052 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 03 2024 00:25:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14499768 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 03 2024 00:25:39 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14499769 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 03 2024 00:17:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14499771 | ^ | MEBN | Apr 03 2024 00:13:32 | Philadelphia Gas Works, Attn: Bankruptcy Dept. 3F, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14508132 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 03 2024 00:17:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14817866 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 03 2024 00:17:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14514034 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 03 2024 00:17:00 | THE BANK OF NEW YORK MELLON FKA THE BANK, Bank of America, PO BOX 31785, Tampa FL 33631-3785 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| 14500184 | ##+ | Jefferson Law, LLC, BNY Mellon Center, 1735 Market Street, Suite 3750, Philadelphia, PA 19103-7532 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 02, 2024 | Form ID: pdf900 | Total Noticed: 25 |

**Name**  **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor The Bank Of New York Mellon  et.al. bkgroup@kmllawgroup.com

HENRY ALAN JEFFERSON
    on behalf of Debtor William D Jernigan hjefferson@hjeffersonlawfirm.com
    hjeffersonone@gmail.com;r60499@notify.bestcase.com

JEROME B. BLANK
    on behalf of Creditor The Bank Of New York Mellon  et.al. jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor The Bank Of New York Mellon  et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

THOMAS SONG
    on behalf of Creditor The Bank Of New York Mellon  et.al. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    WILLIAM D JERNIGAN

    Debtor

Chapter 13

Bankruptcy No. 20-12200-AMC

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: April 2, 2024**

_____  
Honorable Ashely M. Chan  
Bankruptcy Judge