| Fill in this information to identify the case: | |
|---|---|
| Debtor 1: | William D Jernigan |
| Debtor 2: (Spouse, if filing) | |
| United States Bankruptcy Court for the: Eastern | District of: PENNSYLVANIA |
| Case number: | 20-12200 |

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| Name of Creditor: | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A.,AS INDENTURE TRUSTEEFOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, 2004-S | Court Claim No (If Known): | 4 |
| Last four digits of any number you use to identify the debtor's account: | 8687 | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes    Date of the last notice:

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Fee Description | Fee Date | Fee Amount |
|---|---|---|
| BK PROOF OF CLM | 06/25/2020 | 550.00 |

The debtor or trustee may challenge whether the fees, expenses and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    Page: 1

Debtor 1: William D Jernigan                                              Case number *(if known)* 20-12200

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

× /s/ Rebecca A. Solarz, Esquire            Date  11/ 20 / 2020
Signature

Print:  Rebecca A. Solarz                    Title  Attorney
        First Name   Middle Name   Last Name

Company: KML LAW GROUP P.C.

Address: 701 Market St. Suite 5000
         Number    Street

         Philadelphia, PA 19106
         City    State    ZIP code

Contact phone  ( 215 ) 825 -632              Email  rsolarz@kmllawgroup.com

The debtor or trustee may challenge whether the fees, expenses and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges                    Page: 2